UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORMAN A. EDMINSTER, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STONE & WEBSTER, INC., )<br>    Defendant. )<br>) | CIVIL ACTION<br>NO. 04-CV-10466-DPW |

**CERTIFICATION OF COUNSEL AND AUTHORIZED**
**REPRESENTATIVE OF DEFENDANT STONE & WEBSTER**

  Kevin P. Sweeney, attorney for defendant Stone & Webster, Inc. and E. Kenneth Jenkins, Esquire, ECM Division Counsel and authorized representative of the defendant Stone & Webster, Inc. ("Stone & Webster"), hereby certify that we have conferred in this matter:

  a.  with a view to establishing a budget for the costs of conducting the full-course -- and various alternative courses -- of the litigation; and

  b.  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

  Signed under the penalties of perjury this _____ day of April 2004.


/s/ Kevin P. Sweeney          /s/ E. Kenneth Jenkins
Kevin P. Sweeney            E. Kenneth Jenkins


G:\S\Stone & Webster\Edminster\Pleadings\USDC\certification.Defendants.doc