UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORMAN A. EDMINSTER, ) <br>             Plaintiff ) <br> ) <br> v. ) <br> ) <br> STONE & WEBSTER, INC., ) <br>             Defendant ) | CIVIL ACTION <br> NO. 04-CV-10466-DPW |

## CERTIFICATIONS OF COUNSEL AND NORMAN A. EDMINSTER

Jonathan R. Black, Esq. and Norman A. Edminster do hereby certify that we have conferred with respect to: a) establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and 2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4 in accordance with LR 16.1 (d)(3)(a) and (b).


/s/  Jonathan R. Black                                    /s/ Norman A. Edminster
_____       _____
Jonathan R. Black                                           Norman A. Edminster
BBO # 044340                                                12 Fox Road
99 Derby Street, Suite 200                             Plymouth, MA 02360
Hingham, MA 02043
(781) 556-1010


Dated:  April 26, 2004