UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORMAN A. EDMINSTER,<br>        Plaintiff,<br><br>v.<br><br>STONE & WEBSTER, INC.,<br>        Defendant. | CIVIL ACTION<br>NO. 04-CV-10466-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Norman A. Edminster ("Edminster") and defendant Stone & Webster, Inc. ("Stone & Webster"), being all parties to this action, hereby stipulate to the dismissal with prejudice of all claims alleged in this civil action. This dismissal with prejudice is without costs, and Edminster and Stone & Webster waive all rights of appeal.

| Plaintiff, | Defendants, |
|---|---|
| NORMAN A. EDMINSTER, | STONE & WEBSTER, INC., |
| By his attorney, | By their attorneys, |
| /s/ Jonathan R. Black | /s/ Kevin P. Sweeney |
| Jonathan R. Black, BBO #044340<br>99 Derby Street - Suite 200<br>Hingham, Massachusetts  02043<br>(781) 556-1010 | Paul J. Murphy, BBO #363490<br>Kevin P. Sweeney, BBO #548761<br>Menard, Murphy & Walsh LLP<br>60 State Street - 34th Floor<br>Boston, Massachusetts  02109<br>(617) 832-2500 |

Dated:  June 17, 2004

6637.21\Stone & Webster\Edminster\Pleadings\USDC\Stipulation of Dismissal.doc